## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Docket No. 2:12-CR-159-GZS |
| ABDULLAHI NUR, ) | |
| ) | |
| Defendant. ) | |

## ORDER
## RE: REVIEW OF JUROR QUESTIONNAIRES

Before the Court is Defendant's Motion to Transport Defendant to Courthouse and to Allow Access to Juror Questionnaires (ECF No. 151), which was signed and filed by Defendant's Stand-by Counsel, Peter Rodway. The Motion is hereby GRANTED.

The U.S. Marshal is hereby ORDERED to transport Abdullahi Nur to the Edward T. Gignoux U.S. Courthouse on October 3, 2013 and arrange a secure space in which he may meet with Attorney Rodway and inspect juror questionnaires in preparation for jury selection on October 7, 2013. Upon Mr. Nur's arrival at the courthouse, Attorney Rodway shall coordinate with the Clerk's Office to obtain juror questionnaires for review. In order to allow for juror questionnaire review by any other requesting party or attorney during the same time period, the Clerk may in her discretion provide only a portion of the questionnaires for review by Mr. Nur at any given time. Attorney Rodway shall be responsible for ensuring that all of the questionnaires are returned to the Clerk prior to Mr. Nur being transported back to Cumberland County Jail.

Counsel and the Defendant are hereby reminded that inspection of the juror questionnaires is allowed solely to prepare for jury selection. Unauthorized disclosure of the contents of a juror questionnaire would violate 28 U.S.C. § 1867(f) and could result in a fine of not more than $1,000 or imprisonment for more than one year, or both.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 26th day of September, 2013.